**O**

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ESTRADA MARTINEZ, ) | CASE NO. CV 10-02694 CAS (RZ) |
| Petitioner, ) | |
| ) | JUDGMENT |
| vs. ) | |
| KEN CLARK, WARDEN, ) | |
| Respondent. ) | |

This matter came before the Court on the Petition of JORGE ESTRADA MARTINEZ, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: March 25, 2011

*Christina A. Snyder*

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE